
```
Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:    (805) 278-0920
Fax:    (805) 278-0289
E-mail:  lawyers@wisotskylaw.com
```

Attorneys for Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT, SCOTT REEDER, WILLIAM MEIXNER, and CHRISTOPHER CADMAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUY HUDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF VENTURA, et al.,<br><br>    Defendants. | No. CV 08-00152 SVW (MANx)<br><br>**ORDER RE PREJUDICIAL DISMISSAL OF ALL DEFENDANTS EXCEPT WILLIAM MEIXNER** |

Good cause appearing therefor, based upon the stipulation of the parties contained in the stipulation for dismissal, the Court does hereby order the stipulation adopted and further orders that:

1. The defendants, COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT, CHRISTOPHER CADMAN, SCOTT REEDER and all fictitious defendants associated with them in connection with this litigation, in every capacity, are dismissed with prejudice from this litigation and any other lawsuit in any other federal and state court under every cause of action which might be asserted;

2.   The plaintiff has waived all past, present and future relief for the events which are or could have been described in the complaint giving rise to this lawsuit, including but not limited to, all past, present and future damages, equitable and declaratory relief, discovery rights, attorneys' fees, whether of record or not, plus a full and final waiver of all past, present and future ordinary and extraordinary costs.

3.   In view of the parties' resolution, the Court hereby vacates all litigation events and litigation event deadlines.

IT IS SO ORDERED:

Dated:_July 9, 2008_____  /s/ Stephen V. Wilson
_____
                                  STEPHEN V. WILSON,
                                  United States District Judge

2